# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**PAMELA FORBES,**

   **Plaintiff,**

**v.**              **Case No:   6:13-cv-1836-Orl-31GJK**

**FLORIDA DEPARTMENT OF
JUVENILE JUSTICE,**

   **Defendant.**

## ORDER

This cause comes before the Court on the Application To Proceed Without Prepayment of Fees (Doc. No. 2) filed by Plaintiff on November 25, 2013.

On December 2, 2013, the United States Magistrate Judge issued a report (Doc. No. 7) recommending that the motion be denied. No objections have been filed.   Therefore, it is

  **ORDERED** as follows:

1.  The Report and Recommendation is **CONFIRMED** and **ADOPTED**.

2.  The Application To Proceed Without Prepayment of Fees is **DENIED** and the case is **DISMISSED** as frivolous.

3.  The Clerk is directed to close the file.

  **DONE** and **ORDERED** in Chambers, Orlando, Florida on January 6, 2014.

               GREGORY A. PRESNELL
            UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party